# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-00892-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| CRAIG RICHARD POZESKY, | |
| Defendant(s). | |

In making its probable cause determination, the Court viewed a copy of an image referenced in the complaint. The Court **ORDERS** that image to be sealed. The Court further **INSTRUCTS** the Clerk's Office to maintain the sealed copy of that image, along with a copy of the complaint and a copy of this order, in a secured, locked location within the Court.

IT IS SO ORDERED

Dated: September 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge